1
2
3
4
5
6
7

8            UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11 | CREATIVE COMPOUNDS, LLC, | Case No. CV-11-04502 EDL
12 | Plaintiff, |
13 | v. | **[PROPOSED]** ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT AND CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DATES
14 | S.A.N. NUTRITION CORP., STARMARK LABORATORIES CORP., and DNP INTERNATIONAL CO., INC., |
15 | |
16 | Defendants. |

18     PURSUANT TO STIPULATION, IT IS SO ORDERED, Defendants Starmark

19 Laboratories Corp. and S.A.N. Nutrition Corp. shall have until March 14, 2011 to respond to the

20 Complaint. The Case Management Conference, currently scheduled for December 20, 2011

21 shall be continued to ____April 17____, 2012 at ~~3:00 p.m~~. 10:00 a.m.

23 DATED: __November 9, 2011__

25                                    _____
26                                    Hon. Elizabeth D. Laporte

LA/1120251v1

                [PROPOSED] ORDER: CV11-04502 EDL