UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CREATIVE COMPOUNDS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> S.A.N. NUTRITION CORP., STARMARK LABORATORIES CORP., and DNP INTERNATIONAL CO., INC., <br><br> Defendants. | Case No. CV-11-04502 EDL <br><br> [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT AND CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DATES |

PURSUANT TO STIPULATION, IT IS SO ORDERED, Defendants Starmark Laboratories Corp. and S.A.N. Nutrition Corp. shall have until March 14, 2011 to respond to the Complaint. The Case Management Conference, currently scheduled for December 20, 2011 shall be continued to _____April 17_____, 2012 at ~~3:00 p.m.~~ 10:00 a.m.

DATED: __November 9, 2011__

_____
Hon. Elizabeth D. Laporte

LA/1120251v1

[PROPOSED] ORDER: CV11-04502 EDL