UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CREATIVE COMPOUNDS, LLC, | Case No. CV-11-04502 JW |
| Plaintiff, | |
| v. | **[PROPOSED]** ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT |
| S.A.N. NUTRITION CORP., STARMARK LABORATORIES CORP., and DNP INTERNATIONAL CO., INC., | |
| Defendants. | |

PURSUANT TO STIPULATION, IT IS SO ORDERED, Defendant DNP International Co., Inc. shall have until ~~March~~ January 14, 2012 to respond to the Complaint.

DATED:  November 17, 2011

_____
Hon. James Ware

LA/1120792v1